**Opinion issued September 23, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00743-CV

_____

## IN RE TARA THOMAS, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, Tara Thomas, has filed a petition for writ of mandamus requesting that our Court compel respondent, the Honorable Susan Brown, Presiding Judge of the Eleventh Administrative Judicial Region of Texas, to vacate respondent's June 18, 2024 nunc pro tunc order changing the order issued on January 19, 2024 from a disqualification of the prior trial court judge to a recusal.[1] We deny the petition. Any

---

[1] The underlying case is *Michael Francis Placke v. Tara Marie Thomas*, cause number 2022-79647, pending in the 312th District Court of Harris County, Texas. Respondent is the Honorable Susan Brown, Presiding Judge of the Eleventh Administrative Judicial Region of Texas.

pending motions, including relator's motion for expedited consideration, are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Guiney, and Johnson.